# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

EDWARD A. BEHL, SR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1875

———————————————

October 29, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Christopher LaBruzzo, Judge.

PER CURIAM.

Affirmed.

KHOUZAM, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.